# EXHIBIT B

| Client Name | Sebastien Hazard |
|---|---|
| Company Name | Lantheus Holdings, Inc. |
| Ticker Symbol | LNTH |
| Security Type | |
| Class Period Start | 11-06-2024 |
| Class Period End | 08-06-2025 |
| 90-DAY Lookback Period Start | 08-07-2025 |
| 90-DAY Lookback Period End | 11-04-2025 |
| 90-DAY Lookback Average | $ 54.53 |
| Account | 1 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $114,190.88 |
| DURA LIFO* Total | $114,190.88 |
| Gross Shares Purchased | 4,115 |
| Net Shares Retained | 2,500 |
| Net Funds Expended | $250,523.42 |

| Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 12-30-2024 | 765 | 90.06 | $ 68,895.90 | 12-31-2024 | 765 | | $ 90.07 | $ 68,903.55 | - | - | - | $ 54.53 | | -$ 07.65 | -$ 07.65 |
| 01-13-2025 | 200 | 90.3 | $ 18,060.00 | 03-24-2025 | 200 | | $ 99.06 | $ 19,812.00 | - | - | - | $ 54.53 | | -$ 1,752.00 | -$ 1,752.00 |
| 01-13-2025 | 200 | 90.3 | $ 18,060.00 | 04-01-2025 | 200 | | $ 98.31 | $ 19,661.00 | - | - | - | $ 54.53 | | -$ 1,601.00 | -$ 1,601.00 |
| 01-13-2025 | 250 | 90.3 | $ 22,575.00 | 04-02-2025 | 250 | | $ 97.96 | $ 24,488.75 | - | - | - | $ 54.53 | | -$ 1,913.75 | -$ 1,913.75 |
| 01-13-2025 | 200 | 90.3 | $ 18,060.00 | 04-09-2025 | 200 | | $ 101.00 | $ 20,200.00 | - | - | - | $ 54.53 | | -$ 2,140.00 | -$ 2,140.00 |
| 01-13-2025 | 150 | 90.3 | $ 13,545.00 | | | | | | - | 150 | 150 | $ 54.53 | $ 8,179.95 | $ 5,365.05 | $ 5,365.05 |
| 05-01-2025 | 2100 | 106.8299 | $ 224,342.79 | | | | | | - | 2100 | 2100 | $ 54.53 | $ 114,519.33 | $ 109,823.46 | $ 109,823.46 |
| 05-08-2025 | 250 | 80.2001 | $ 20,050.03 | | | | | | - | 250 | 250 | $ 54.53 | $ 13,633.25 | $ 6,416.77 | $ 6,416.77 |
| **Total:** | **4,115** | | **$403,588.72** | | **1,615** | | | **$153,065.30** | | **2,500** | **2,500** | | **$136,332.54** | **$114,190.88** | **$114,190.88** |

| Client Name | Sebastien Hazard |
|---|---|
| Company Name | Lantheus Holdings, Inc. |
| Ticker Symbol | LNTH |
| Security Type | |
| Class Period Start | 11-06-2024 |
| Class Period End | 08-06-2025 |
| 90-DAY Lookback Period Start | 08-07-2025 |
| 90-DAY Lookback Period End | 11-04-2025 |
| 90-DAY Lookback Average | $ 54.53 |
| Account | 2 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $62,820.23 |
| DURA LIFO* Total | $62,820.23 |
| Gross Shares Purchased | 1,427 |
| Net Shares Retained | 1,427 |
| Net Funds Expended | $140,638.84 |

| Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 12-31-2024 | 617 | 90.02 | $ 55,542.34 | | | | | | - | 617 | 617 | $ 54.53 | $ 33,646.87 | $ 21,895.47 | $ 21,895.47 |
| 12-31-2024 | 150 | 90.02 | $ 13,503.00 | | | | | | - | 150 | 150 | $ 54.53 | $ 8,179.95 | $ 5,323.05 | $ 5,323.05 |
| 03-10-2025 | 660 | 108.475 | $ 71,593.50 | | | | | | - | 660 | 660 | $ 54.53 | $ 35,991.79 | $ 35,601.71 | $ 35,601.71 |
| **Total:** | **1,427** | | **$140,638.84** | | | | | | | **1,427** | **1,427** | | **$77,818.61** | **$62,820.23** | **$62,820.23** |

| SUMMARY OF FINANCIAL INTEREST - ALL ACCTS | |
|---|---|
| LIFO Loss Total | $177,011.10 |
| DURALIFO* Total | $177,011.10 |
| Gross Shares Purchased | 5,542 |
| Net Shares Retained | 3,927 |
| Net Funds Expended | $391,162.26 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.