# EXHIBIT C



**Source:** *Levi & Korsinsky, LLP*

*September 10, 2025 11:05 ET*

# SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies Investors It Has Filed a Complaint to Recover Losses Suffered by Purchasers of Lantheus Holdings, Inc. Securities and Sets a Lead Plaintiff Deadline of November 10, 2025

NEW YORK, Sept. 10, 2025 (GLOBE NEWSWIRE) -- The following statement is being issued by Levi & Korsinsky, LLP:

**To: All persons or entities who purchased or otherwise acquired securities of Lantheus Holdings, Inc. ("Lantheus" or the "Company") (NASDAQ: LNTH) between February 26, 2025, to August 5, 2025, both dates inclusive. You are hereby notified** that the class action lawsuit *Stanley Margolis v. Lantheus Holdings, Inc., et al.* (Case No. 1:25-cv-07491) has been commenced in the United States District Court for the Eastern District of New York. To get more information **go to:**

https://zlk.com/pslra-1/lantheus-holdings-inc-lawsuit-submission-form

According to the complaint, defendants provided investors with misleading statements concerning the true state of Pylarify's competitive position, notably, that Lantheus was not equipped to properly assess the pricing and competitive dynamics for Pylarify, risking Pylarify's price point, revenue, and overall growth potential. These statements caused Plaintiff and other shareholders to purchase Lantheus' securities at artificially inflated prices.

Investors began to question the veracity of Defendants' public statements on May 7, 2025, when Lantheus reported its first quarter results below market expectations with Pylarify's performance particularly falling short. Then, on August 6, 2025, Lantheus again announced disappointing results and significantly reduced growth expectations for Pylarify, which had fallen 8.3% year-over-year, and slashed fiscal year 2025 growth projections. Defendants attributed the losses to the ongoing competition, impacting Pylarify's pricing dynamics.

Investors and analysts reacted promptly to Lantheus' revelations. The price of Lantheus' common stock declined dramatically. From a closing market price of $72.83 per share on August 5, 2025, Lantheus' stock price fell to $51.87 per share on August 6, 2025, a decline of about 28.8% in the span of one day.

**If you suffered a loss in LNTH securities, you have until November 10, 2025,** to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

**WHY LEVI & KORSINSKY:** Over the past 20 years, the team at Levi & Korsinsky has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. Our firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 27th Floor
New York, NY 10004
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
www.zlk.com