UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

—————————————————————— x

STANLEY MARGOLIS, Individually and on
Behalf of All Others Similarly Situated,

                  Plaintiff,

      vs.

LANTHEUS HOLDINGS, INC., PAUL M.
BLANCHFIELD, BRIAN A. MARKISON,
ROBERT J. MARSHALL, and AMANDA
MORGAN,

                Defendants.

: Civil Action No. 1:25-cv-07491-JHR

: CLASS ACTION

—————————————————————— x

INDIANA PUBLIC RETIREMENT SYSTEM,
on Behalf of Itself and All Others Similarly
Situated,

                  Plaintiff,

      vs.

LANTHEUS HOLDINGS, INC., BRIAN
MARKISON, PAUL M. BLANCHFIELD,
ROBERT J. MARSHALL, JR., and AMANDA
MORGAN,

                Defendants.

: Civil Action No. 1:25-cv-09234-UA

: CLASS ACTION

—————————————————————— x

NOTICE OF MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT
AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD
COUNSEL

4935-1087-6792

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that plaintiff and proposed lead plaintiff Indiana Public Retirement System ("INPRS"), will move on a date and time to be determined, in Courtroom 12B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, for an order consolidating the above-captioned related securities class actions, appointing INPRS as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4, *et seq.*, and approving INPRS's selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel for the proposed class.  In support of this Motion, INPRS submits the accompanying Memorandum of Law, the Declaration of Chad Johnson, and a [Proposed] Order.

DATED:  November 10, 2025                ROBBINS GELLER RUDMAN
                                           & DOWD LLP
                                         CHAD JOHNSON
                                         NOAM MANDEL
                                         DESIREE CUMMINGS
                                         JONATHAN ZWEIG


                                                  *s/ Chad Johnson*
                                         CHAD JOHNSON

                                         420 Lexington Avenue, Suite 1832
                                         New York, NY  10170
                                         Telephone:  212/432-5100
                                         chadj@rgrdlaw.com
                                         noam@rgrdlaw.com
                                         dcummings@rgrdlaw.com
                                         jzweig@rgrdlaw.com

- 1 -

4935-1087-6792

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
MICHAEL ALBERT
KENNETH P. DOLITSKY
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
dmyers@rgrdlaw.com
malbert@rgrdlaw.com
kdolitsky@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

- 2 -

4935-1087-6792