**Robbins Geller Rudman & Dowd LLP**

| | | | | |
|---|---|---|---|---|
| Chicago | Melville | Nashville | San Diego | Wilmington |
| Boca Raton | Manhattan | Philadelphia | San Francisco | Washington, D.C. |

Chad Johnson
ChadJ@rgrdlaw.com

<u>VIA ECF</u>

Hon. Jennifer H. Rearden
Daniel Patrick Moynihan U.S. Courthouse
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007-1312

  Re: *Margolis v. Lantheus Holdings, Inc..*, No. 1:25-cv-07491;
    *Indiana Public Retirement System v. Lantheus Holdings, Inc.*, No. 1:25-cv-09234

Dear Judge Rearden:

  We represent plaintiff and proposed lead plaintiff Indiana Public Retirement System ("INPRS") and respectfully submit this letter pursuant to Your Honor's Individual Rules and Practices in Civil Cases regarding INPSR's motion pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA") for consolidation of the related actions, appointment as lead plaintiff, and approval of selection of counsel.

  INPRS requests consolidation of the related actions because they are based on the same core set of facts and assert similar claims against the same defendants on behalf of a proposed class of investors that purchased Lantheus Holdings, Inc. securities during overlapping class periods alleging the same violations of the federal securities laws. *See* Fed. R. Civ. P. 42(a). INPRS's motion for appointment as lead plaintiff pursuant to the PSLRA is based on its satisfaction of the statutory criteria for appointment. *See* 15 U.S.C. §78u-4(a)(3)(B)(iii)(I). INPSRS's motion has been filed by the statutory deadline, it suffered a substantial loss, and it satisfies the Rule 23 typicality and adequacy requirements. INPRS has also selected qualified lead counsel to represent the class. *See* 15 U.S.C. §78u-4(a)(3)(B)(v).

  Accordingly, we respectfully request that Your Honor grant INPRS's' motion.

    Respectfully submitted,

    CHAD JOHNSON

4929-3383-4872.v1

420 Lexington Avenue, Suite 1832 New York, NY 10170 Tel 212-432-5100 Fax 212-432-5100 rgrdlaw.com