UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

|  |  |
|---|---|
| STANLEY MARGOLIS, Individually and on Behalf of All Others Similarly Situated, | : Civil Action No. 1:25-cv-07491-JHR |
| Plaintiff, | : CLASS ACTION |
| vs. | : |
| LANTHEUS HOLDINGS, INC., PAUL M. BLANCHFIELD, BRIAN A. MARKISON, ROBERT J. MARSHALL, and AMANDA MORGAN, | : |
| Defendants. | : |
| INDIANA PUBLIC RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated, | : Civil Action No. 1:25-cv-09234-UA |
| Plaintiff, | : CLASS ACTION |
| vs. | : |
| LANTHEUS HOLDINGS, INC., BRIAN MARKISON, PAUL M. BLANCHFIELD, ROBERT J. MARSHALL, JR., and AMANDA MORGAN, | : |
| Defendants. | : |

DECLARATION OF CHAD JOHNSON IN SUPPORT OF MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

4917-3773-4776

I, CHAD JOHNSON, declare as follows:

1.    I am an attorney duly licensed to practice before the courts of the State of New York and this Court.  I am a partner with Robbins Geller Rudman & Dowd LLP, counsel for lead plaintiff movant Indiana Public Retirement System ("INPRS") and proposed lead counsel for the class in the above-captioned related securities class actions.  I make this declaration in support of INPRS's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached are true and correct copies of the following exhibits:

Exhibit A:    Notice of pendency of first-filed *Margolis* action published on *Globe Newswire*, a national business-oriented wire service, on September 10, 2025;

Exhibit B:    Notice of pendency of *INPRS* action published on *PR Newswire*, a national business-oriented wire service, on November 5, 2025;

Exhibit C:    INPRS's Sworn Certification; and

Exhibit D:    Chart of INPRS's estimated losses, prepared by counsel.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 10th day of November 2025.

*s/ Chad Johnson*

CHAD JOHNSON

- 1 -

4917-3773-4776