# EXHIBIT B

# EXTENDED CLASS PERIOD: Robbins Geller Rudman & Dowd LLP Files Class Action Lawsuit Against Lantheus Holdings, Inc. and Announces Opportunity for Investors with Substantial Losses to Lead Class Action Lawsuit - LNTH

**Robbins Geller Rudman & Dowd** LLP

ATTORNEY ADVERTISING

NEWS PROVIDED BY

**Robbins Geller Rudman & Dowd LLP** →
Nov 05, 2025, 15:50 ET

SAN DIEGO, Nov. 5, 2025 /PRNewswire/ --**Robbins Geller Rudman & Dowd LLP** announces that it has filed a class action lawsuit seeking to represent purchasers of Lantheus Holdings, Inc. (NASDAQ: **LNTH**) common stock between November 6, 2024 and August 6, 2025, inclusive (the "Class Period"). Captioned *Indiana Public Retirement Systemv. Lantheus Holdings, Inc.*, No. 25-cv-09234 (S.D.N.Y.), the *Lantheus* class action lawsuit charges Lantheus and certain of Lantheus's top executives with violations of the Securities Exchange Act of 1934. A previously filed complaint is captioned *Margolis v. Lantheus Holdings, Inc.*, No. 25-cv-07491 (S.D.N.Y.).

**If you suffered substantial losses and wish to serve as lead plaintiff of the *Lantheus* class action lawsuit, please provide your information here:**

**https://www.rgrdlaw.com/cases-lantheus-holdings-inc-class-action-lawsuit-lnth.html**

**You can also contact attorneys J.C. Sanchez or Jennifer N. Caringal of Robbins Geller by calling 800/449-4900 or via e-mail at info@rgrdlaw.com. Lead plaintiff motions for the *Lantheys* class action lawsuit must be filed with the court no later than Monday, November 10, 2025.**

**CASE ALLEGATIONS**: Lantheus presents itself as a sophisticated medical technology company driving innovation in radiopharmaceuticals. Lantheus's flagship product is Pylarify, a prostate-specific membrane-antigen PET imaging agent.

The *Lantheus* class action lawsuit alleges that throughout the Class Period defendants portrayed Lantheus as a diversified, data-driven company with multiple growth drivers, long-term contracts, and deep understanding of market dynamics. However, as the *Lantheus* investor class action alleges, Lantheus's success was almost entirely dependent on Pylarify, which generated the vast majority of revenue. The *Lantheus* lawsuit further alleges that defendants knew that its forecasting processes were unreliable and that management had materially underestimated the pricing and reimbursement risks created by a Centers for Medicare & Medicaid Services rule shifting hospital reimbursement for Pylarify from Average Sales Price to Mean Unit Cost rates.

The *Lantheus* shareholder class action lawsuit further alleges that May 7, 2025, Lantheus announced first quarter results that missed market expectations. Specifically, Pylarify sales declined year-over-year, and defendants lowered full-year guidance, the complaint alleges. On this news, the price of Lantheus shares fell approximately 23%, the complaint alleges.

Then, on August 6, 2025, the *Lantheus* class action alleges that Lantheus announced an 8% year-over-year decline in Pylarify revenue, revealed that price-mix had deteriorated by roughly 10%, slashed its full-year guidance, and admitted to widespread contract renegotiations and account losses. On this news, the price of Lantheus shares fell nearly 29%, the complaint alleges.

The plaintiff is represented by Robbins Geller, which has **extensive experience** in prosecuting investor class actions including actions involving financial fraud. You can view a copy of the complaint **by clicking here**.

**THE LEAD PLAINTIFF PROCESS**: The Private Securities Litigation Reform Act of 1995 permits any investor who purchased Lantheus common stock during the Class Period to seek appointment as lead plaintiff in the *Lantheus* class action lawsuit. A lead plaintiff is generally the movant with the greatest financial interest in the relief sought by the putative class who is also typical and adequate of the putative class. A lead plaintiff acts on behalf of all other class members in directing the *Lantheus* class action lawsuit. The lead plaintiff can select a law firm of its choice to litigate the *Lantheus* class action lawsuit. An investor's ability to share in any potential future recovery is not dependent upon serving as lead plaintiff of the *Lantheus* class action lawsuit.

**ABOUT ROBBINS GELLER**: Robbins Geller Rudman & Dowd LLP is one of the world's leading law firms representing investors in securities fraud and shareholder litigation. Our Firm has been ranked #1 in the ISS Securities Class Action Services rankings for four out of the last five years for securing the most monetary relief for investors. In 2024, we recovered over $2.5 billion for investors in securities-related class action cases – more than the next five law firms combined, according to ISS. With 200 lawyers in 10 offices, Robbins Geller is one of the largest plaintiffs' firms in the world, and the Firm's attorneys have obtained many of the largest securities class action recoveries in history, including the largest ever – $7.2 billion – in *In re Enron Corp. Sec. Litig.* Please visit the following page for more information:

**https://www.rgrdlaw.com/services-litigation-securities-fraud.html**

Past results do not guarantee future outcomes.

Services may be performed by attorneys in any of our offices.

Contact:

Robbins Geller Rudman & Dowd LLP

J.C. Sanchez, Jennifer N. Caringal

655 W. Broadway, Suite 1900, San Diego, CA 92101

800-449-4900

**info@rgrdlaw.com**

SOURCE Robbins Geller Rudman & Dowd LLP

# 21%

more press release
views with



Request a Demo

