# EXHIBIT C

CERTIFICATION OF NAMED PLAINTIFF
PURSUANT TO FEDERAL SECURITIES LAWS

INDIANA PUBLIC RETIREMENT SYSTEM ("Plaintiff") declares:

1.      Plaintiff has reviewed a complaint and authorized its filing.

2.      Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.      Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:  *See* attached Schedule A.

5.      (a)     Plaintiff has been appointed to serve as a representative party for a class in the following actions filed under the federal securities laws within the three-year period prior to the date of this Certification:

*Woldanski v. TuSimple Holdings, Inc.,* No. 1:22-cv-09625 (S.D.N.Y.)
*In re Silvergate Capital Corp. Sec. Litig.*, No. 3:22-cv-01936 (S.D. Cal.)
*Henry v. Futu Holdings Limited*, No. 2:23-cv-03222 (D.N.J.)
*Lemm v. New York Community Bancorp*, No. 1:24-cv-00903 (E.D.N.Y.)
*In re Agilon Health, Inc. Securities Litigation*, No. 1:24-cv-00297 (W.D. Tex.)
*Roofers Local No. 149 Pension Fund v. GSK plc*, No. 2:25-cv-00618 (E.D. Pa.)

(b)     Plaintiff is seeking to serve as a representative party for a class in the following actions filed under the federal securities laws:

*City of St. Clair Shores Police and Fire Retirement System v. Lineage, Inc.*, No. 2:25-cv-12383 (E.D. Mich.)

(c)     Plaintiff initially sought to serve as a representative party for a class in the following actions filed under the federal securities laws within the three-year period prior to the date of this Certification:

*Indiana Public Retirement System v. Rivian Automotive, Inc.*, No. 2:24-cv-04566 (C.D. Cal.)

6.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this _31st_ day of _October_, 2025.

INDIANA PUBLIC RETIREMENT SYSTEM

By: _Jeffrey M. Gill_____
DocuSigned by:
Jeffrey M. Gill, General Counsel

LANTHEUS

**SCHEDULE A**

**SECURITIES TRANSACTIONS**

**Common Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 12/20/2024 | 70 | $89.29 |
| 02/25/2025 | 2,500 | $80.05 |
| 02/25/2025 | 5,725 | $79.24 |
| 02/25/2025 | 10,788 | $79.25 |
| 02/25/2025 | 15,075 | $79.99 |
| 02/25/2025 | 28,412 | $79.99 |
| 03/19/2025 | 140 | $103.28 |
| 03/21/2025 | 85 | $97.71 |
| 03/27/2025 | 31 | $97.04 |
| 03/31/2025 | 31,000 | $97.77 |
| 05/07/2025 | 10,000 | $81.79 |
| 07/22/2025 | 60 | $72.34 |

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 03/13/2025 | 27 | $100.08 |
| 06/27/2025 | 710 | $81.49 |

*Opening position of 4,376 shares for common stock.

**Bond**

| Date Acquired | Type of Debt | Face Amount | Price |
|---|---|---|---|
| 07/09/2025 | 2.625% due 12/15/2027 | 30,000 | $128.08 |
| 07/16/2025 | 2.625% due 12/15/2027 | 13,000 | $120.39 |

Prices listed are rounded up to two decimal places.