# EXHIBIT D

Movant's Purchases and Losses                    Class Period: 11/06/2024 - 08/06/2025                    Lantheus Holdings

| Name | Date | Face Amount Acquired | Price | Total Cost | Date | Face Amount Disposed | Price | Total Proceeds | Total Gain (Loss)* |
|------|------|------|-------|-----------|------|-----------|-------|----------|---------------|
| **Indiana Public Retirement System** | 12/20/2024 | 70 | $89.29 | $6,249.95 | held | 103,886 | $54.53 | $5,665,200.40 | |
| | 02/25/2025 | 2,500 | $80.05 | $200,125.00 | | | | | |
| | 02/25/2025 | 5,725 | $79.24 | $453,622.67 | | | | | |
| | 02/25/2025 | 10,788 | $79.25 | $854,944.67 | | | | | |
| | 02/25/2025 | 15,075 | $79.99 | $1,205,810.06 | | | | | |
| | 02/25/2025 | 28,412 | $79.99 | $2,272,602.01 | | | | | |
| | 03/19/2025 | 140 | $103.28 | $14,459.20 | | | | | |
| | 03/21/2025 | 85 | $97.71 | $8,305.35 | | | | | |
| | 03/27/2025 | 31 | $97.04 | $3,008.24 | | | | | |
| | 03/31/2025 | 31,000 | $97.77 | $3,030,730.50 | | | | | |
| | 05/07/2025 | 10,000 | $81.79 | $817,867.00 | | | | | |
| | 07/22/2025 | 60 | $72.34 | $4,340.40 | | | | | |
| | | **103,886** | | **$8,872,065.04** | | **103,886** | | **$5,665,200.40** | **($3,206,864.65)** |
| **Indiana Public Retirement System (2.625%-12/15/2027, 516544AB9)** | 07/09/2025 | 30,000 | $128.08 | $38,424.24 | held | 43,000 | $107.93 | $46,411.87 | |
| | 07/16/2025 | 13,000 | $120.39 | $15,650.47 | | | | | |
| | | **43,000** | | **$54,074.71** | | **43,000** | | **$46,411.87** | **($7,662.84)** |
| **Movant's Total** | | **146,886** | | **$8,926,139.75** | | **146,886** | | **$5,711,612.27** | ***($3,214,527.48)*** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price
 during the 90 calendar days after the end of the class period.  The price used is $54.53 as of November 04, 2025 for common stock.

Prices listed are rounded up to two decimal places.