**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STANLEY MARGOLIS, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>    v.<br><br>LANTHEUS HOLDINGS, INC., PAUL M. BLANCHFIELD, BRIAN A. MARKSON, ROBERT J. MARSHALL, AND AMANDA MORGAN,<br><br>      Defendants. | 25-CV-7491 (JHR) (RWL)<br><br><br><br>**ORDER** |
| INDIANA PUBLIC RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>      Plaintiffs,<br><br>    v.<br><br>LANTHEUS HOLDINGS, INC., PAUL M. BLANCHFIELD, BRIAN A. MARKSON, ROBERT J. MARSHALL, AND AMANDA MORGAN,<br><br>      Defendants. | 25-CV-9234 (JHR) (RWL) |

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

  These matters filed pursuant to the PSLRA have been referred to me for general pretrial purposes. On November 10, 2025, two parties filed motions to consolidate the two actions and to appoint lead plaintiff and lead counsel. (*See* Dkts. 9 and 13.) Any opposition to either motion shall be filed by November 20, 2025.

            SO ORDERED.

2

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 13, 2025
       New York, New York

Copies transmitted this date to all counsel of record.