UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STANLEY MARGOLIS, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>                v.<br><br>LANTHEUS HOLDINGS, INC., PAUL M. BLANCHFIELD, BRIAN A. MARKSON, ROBERT J. MARSHALL, AND AMANDA MORGAN,<br><br>                Defendants. | 25-CV-7491 (JHR) (RWL) |
| INDIANA PUBLIC RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>                Plaintiffs,<br><br>                v.<br><br>LANTHEUS HOLDINGS, INC., PAUL M. BLANCHFIELD, BRIAN A. MARKSON, ROBERT J. MARSHALL, AND AMANDA MORGAN,<br><br>                Defendants. | **ORDER**<br><br>25-CV-9234 (JHR) (RWL) |

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court is in receipt of the proposed stipulation and order filed by INPRS and

Dr. Hazard.  (25-CV-9234, Dkt. 25.)  The proposed order uses the terms "Additional

Plaintiff" and "Additional Counsel" but does not define those terms, including whether Dr.

Hazard will be an additional *named* plaintiff and whether Levi & Korinsky will be

representing the class, not just Dr. Hazard.  *See Hevesi v. Citigroup Inc.*, 366 F.3d 70, 83 (2d Cir. 2004) ("the PSLRA does not in any way prohibit the addition of ***named*** plaintiffs to aid the lead plaintiff in representing a class") (emphasis added); *Pearlstein v. Blackberry Limited*, No. 2:13-CV-7060,  2019 WL 4673757, at *4-5 (S.D.N.Y. Sept. 24, 2019) (addressing consequences arising from inconsistent use of the terms "Additional Plaintiffs" and "Additional Counsel for Lead Plaintiff" in PSLRA case).  Accordingly, the stipulating parties shall file a revised proposed stipulation and order by **December 8, 2025**.

SO ORDERED.

_____

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: December 2, 2025
      New York, New York

Copies transmitted this date to all counsel of record.

2