**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STANLEY MARGOLIS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LANTHEUS HOLDINGS, INC., PAUL M. BLANCHFIELD, BRIAN A. MARKISON, ROBERT J. MARSHALL, and AMANDA MORGAN,<br><br>Defendants. | Civil Action No. 1:25-cv-07491-JHR-RWL<br><br>CLASS ACTION |
| INDIANA PUBLIC RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LANTHEUS HOLDINGS, INC., BRIAN MARKISON, PAUL M. BLANCHFIELD, ROBERT J. MARSHALL, JR., and AMANDA MORGAN,<br><br>Defendants. | Civil Action No. 1:25-cv-09234-JHR-RWL<br><br>CLASS ACTION |

**AMENDED STIPULATION AND ORDER GRANTING MOTIONS FOR**
**CONSOLIDATION AND APPOINTING LEAD PLAINTIFF AND LEAD COUNSEL**

WHEREAS, on September 9, 2025, Plaintiff Stanley Margolis ("Plaintiff") filed the first complaint ("Complaint") with this Court in the above-captioned related securities class actions asserting putative class action claims under the Securities Exchange Act of 1934 ("Exchange Act") and Rule 10b-5 promulgated thereunder against Defendants Lantheus Holdings, Inc. ("Lantheus"), Paul M. Blanchfield, Brian A. Markison, Robert J. Marshall, and Amanda Morgan (collectively,

"Defendants");

WHEREAS, on November 5, 2025, Plaintiff Indiana Public Retirement System ("INPRS") filed a substantially similar complaint with this Court in the above-captioned related securities class actions asserting putative class action claims under the Exchange Act and Rule 10b-5 promulgated thereunder against Defendants;

WHEREAS, the actions are governed by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4, *et seq.* ("PSLRA"), which requires that no later than 20 days after the date on which an action is filed, the plaintiff shall publish a notice advising members of the purported plaintiff class of "the pendency of the action, the claims asserted therein, [] the purported class period; and [] that, not later than 60 days after the date on which the notice is published, any member of the purported class may move the court to serve as lead plaintiff of the purported class." 15 U.S.C. § 78u-4(a)(3)(A);

WHEREAS, Plaintiff, through his undersigned counsel, published the PSLRA's required notice on September 10, 2025, and members of the putative class had until November 10, 2025 to move the Court for appointment as lead plaintiff in this action;

WHEREAS, on November 10, 2025, Sebastien Hazard moved this Court for consolidation of the above-captioned related securities class actions (the "Actions"), appointment as lead plaintiff, and approval of his selection of counsel, claiming losses in connection with his purchases of Lantheus stock of approximately $177,011 under the Exchange Act (*see* Dkt. No. 11-2);

WHEREAS, on November 10, 2025, movant INPRS moved this Court for consolidation of the Actions, appointment as lead plaintiff, and approval of its respective selection of counsel, claiming losses in connection with its purchases of Lantheus stock and other securities of $3,214,527 under the Exchange Act (*see* Dkt. No. 15-4);

2

WHEREAS, no other shareholders moved for consolidation or lead plaintiff;

WHEREAS, 15 U.S.C. § 78u-4(a)(3)(B)(iii) provides, *inter alia*, that the most adequate plaintiff to serve as lead plaintiff is, in the determination of the Court, the "person or group of persons" that has the largest financial interest in the relief sought by the class and otherwise satisfies the relevant requirements of Rule 23 of the Federal Rules of Civil Procedure;

WHEREAS, after reviewing each other's submissions to the Court, Dr. Hazard and INPRS believe that the interests of the putative class in the action are best served by INPRS being appointed lead plaintiff.  Consequently, INPRS and Dr. Hazard seek to resolve their competing motions and respectfully request that INPRS be appointed lead plaintiff with its selection of Robbins Geller Rudman & Dowd LLP ("RGRD") as Lead Counsel for the proposed class and Dr. Hazard to serve as a named plaintiff represented by Levi & Korsinsky, LLP ("Levi & Korsinsky") as Additional Counsel for the proposed class to work under the direction of Lead Counsel.

IT IS HEREBY STIPULATED AND AGREED THAT, subject to the Court's approval, as follows:

1.    The Actions pending in this Judicial District are hereby consolidated for all purposes pursuant to Rule 42(a) of the Federal Rules of Civil Procedure.  Any actions that have been filed, or may be filed, which are related, and which may be considered herewith, are consolidated with the *Margolis* Action under Case No. 1:25-cv-07491-JHR-RWL (the "Consolidated Action").

2.    A Master File is hereby established for the consolidated proceedings in the Consolidated Action.  The docket number for the Master File shall be Master File No. 1:25-cv-07491-JHR-RWL.  The original of this Order shall be filed by the Clerk in the Master File.

3.    Every pleading filed in the Consolidated Action shall bear the following caption:

3

IN RE LANTHEUS HOLDINGS, INC.
SECURITIES LITIGATION

Master File No. 1:25-cv-07491-JHR-RWL

4.      Pursuant to 15 U.S.C. § 78u-4(a)(3)(B), INPRS is appointed Lead Plaintiff;

5.      Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), Lead Plaintiff's selection of RGRD as Lead Counsel for the Class is approved ;

6.      The following responsibilities and duties shall be conducted by or under the supervision of Lead Counsel:

a.      coordinating the briefing and argument of any and all motions;

b.      coordinating the conduct of any and all discovery proceedings;

c.      coordinating the examination of any and all witnesses in depositions;

d.      coordinating the selection of counsel to act as spokesperson at all pretrial conferences;

e.      calling meetings of the plaintiffs' counsel as deemed necessary and appropriate from time to time;

f.      coordinating all settlement negotiations with counsel for defendants;

g.      coordinating and direct the pretrial discovery proceedings and the preparation for trial and the trial of this matter, and to delegate work responsibilities to selected counsel as may be required;

h.      coordinating the preparation and filings of all pleadings; and

i.      supervising all other matters concerning the prosecution or resolution of the claims asserted in the Action;

7.      No motion, discovery request, or other pretrial proceedings shall be initiated or filed by any plaintiffs without the approval of Lead Counsel. No settlement negotiations shall be conducted without the approval of Lead Counsel;

4

8.      Service upon any plaintiff of all pleadings, motions, or other papers in the action, except those specifically addressed to a plaintiff other than the Lead Plaintiff, shall be completed upon service of Lead Counsel; and

9.      Lead Counsel shall be the contact between plaintiffs' counsel and defendants' counsel, as well as the spokespersons for all plaintiffs' counsel, and shall direct and coordinate the activities of plaintiffs' counsel. Lead Counsel shall be the contact between the Court and plaintiffs and their counsel.

**IT IS SO STIPULATED.**

[*Signature blocks on following page*]

Dated: December 8, 2025                          Respectfully Submitted,

                                                 **LEVI & KORSINSKY, LLP**

                                                 By: */s/ Adam M. Apton*
                                                 Adam M. Apton (AS-8383)
                                                 33 Whitehall Street, 27th Floor
                                                 New York, NY 10004
                                                 Tel: (212) 363-7500
                                                 Fax: (212) 363-7171
                                                 Email: aapton@zlk.com

                                                 *Counsel for Sebastien Hazard and Proposed*
                                                 *Additional Counsel for the Proposed Class*

Dated: December 8, 2025                          **ROBBINS GELLER RUDMAN**
                                                 **& DOWD LLP**

                                                 By: */s/ Chad Johnson*
                                                 Chad Johnson
                                                 Noam Mandel
                                                 Desiree Cummings
                                                 Jonathan Zweig
                                                 420 Lexington Avenue, Suite 1832
                                                 New York, NY 10170
                                                 Telephone: 212/432-5100
                                                 chadj@rgrdlaw.com
                                                 noam@rgrdlaw.com
                                                 dcummings@rgrdlaw.com
                                                 jzweig@rgrdlaw.com

                                                 **ROBBINS GELLER RUDMAN**
                                                 **& DOWD LLP**

                                                 Danielle S. Meyers
                                                 655 West Broadway, Suite 1900
                                                 San Diego, CA 92101
                                                 Telephone: 619/231-1058
                                                 dmyers@rgrdlaw.com
                                                 malbert@rgrdlaw.com
                                                 kdolitsky@rgrdlaw.com

                                                 *Counsel for INPRS and Proposed Lead*
                                                 *Counsel for the Class*

**IT IS SO ORDERED.**

DATED: 12/9/2025

_____
THE HONORABLE ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE